**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Magistrate Case No. 1:21-mj-00036-JCN** |
| | ) |
| **DAVID PHILLIPS** | ) |

## MOTION TO SEAL

NOW COMES the United States of America, by and through Halsey B. Frank, United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, and respectfully moves for an Order sealing the warrant, complaint, affidavit, synopsis, this motion and any Order hereon, pending the arrest of the defendant. Disclosure of these documents in advance of the defendant's arrest could hinder his apprehension and result in heightened officer safety risks associated with his apprehension.

As an exception to any sealing Order, the Government requests that the officers and agents involved in this investigation be permitted to enter the warrant into the National Crime Information Center ("NCIC") database and provide a copy of the same to any officer or agent who is assisting in the apprehension of the defendant or who apprehends the defendant and requests confirmation of the existence of the warrant.

WHEREFORE, the United States respectfully the Court grant this motion, and Order the

warrant, complaint, affidavit, synopsis, this motion and any Order hereon sealed pending the arrest of the defendant, except as indicated above.

                                      Respectfully submitted,

                                      HALSEY B. FRANK
                                      United States Attorney

                                      **BY: /s/ Andrew McCormack**

                                      ANDREW MCCORMACK
                                      Assistant United States Attorney

Dated: February 9, 2021