UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> DAVID PHILLIPS ) <br> ) <br> ) <br> ) | Mag. Case No. 1:21-00036-JCN <br><br> 18 U.S.C. §§ 922(g)(1) and 924(a)(2) <br> (Possession of Ammunition by a Felon) |

## CRIMINAL COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
**Possession of Ammunition by a Felon**

From on or about January 20, 2021 until January 30, 2021, in the District of Maine, defendant

### DAVID PHILLIPS

knowing that he had previously been convicted of a crime punishable by a term exceeding one year, specifically:

- Felony Violation of a Protective Order, Docket F02B-CR16-0290873-S, in the Bridgeport, Connecticut Superior Court, judgment having entered on December 22, 2016,

knowingly possessed, in and affecting commerce, ammunition, specifically: 50 rounds of Winchester 5.56 caliber ammunition; 50 rounds of Federal .40 caliber ammunition; 20 rounds of Sig Sauer 300 Blackout caliber ammunition; and 20 rounds of Nosler 9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

_____
Justin Blais
Special Agent
ATF

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Feb 09, 2021,

City and state: Bangor, ME

_____
Judge's signature
John C Nivison U.S. Magistrate Judge
Printed name and title