UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Magistrate Case No. 1:21-mj-00036-JCN |
| | ) |
| **DAVID PHILLIPS** | ) |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves:

   _____     Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   _____     Crime of violence

   _____     Maximum sentence life imprisonment or death

   _____     10+ year drug offense

   _____     Felony, with two prior convictions in above categories

   _____     Felony involving minor victim

   __X__     Felony involving use/possession of firearm/destructive device

   _____     Failure to register as a sex offender

   __X__     Serious risk defendant will flee

   _____     Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

(i) <u>Temporary Detention</u>. _____

_____

(ii) <u>Other than Temporary Detention</u>.   The court should detain the defendant because there are no conditions of release which will reasonably assure:

    <u> X </u>    Defendant's appearance as required

    <u> X </u>    Safety of any other person and the community

3. <u>Date of Detention Hearing</u>.   The United States requests that the detention hearing be held after a continuance of three days.

4. <u>Length of Detention Hearing</u>.   The United States will require a half hour to present its case for detention.

Date:   February 11, 2021

Respectfully submitted,

HALSEY B. FRANK
United States Attorney

**BY:/s/ ANDREW MCCORMACK**
ANDREW McCORMACK
Assistant United States Attorney