## Revised Synopsis
## 1:21-mj-00036-JCN

| | |
|---|---|
| **Name:** | David Phillips |
| **Address:** (City & State Only) | Greenbush, Maine |
| **Year of Birth and Age:** | 1991/29 |
| **Violations:** | **CT 1:** Felon in Possession of Ammunition. See 18 U.S.C. § 922(g)(9). (Class C felony) |
| | **CT 1:** Up to 10 years imprisonment and $250,000 fine. See 18 U.S.C. §§924(a)(2) and 3571(b)(3); 26 U.S.C. § 5871. |
| **Supervised Release:** | **CT 1:** Not more than 3 years. See 18 U.S.C. §§3559(a)(3), 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **CT 1:** Not more than two years. See 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **CT 1:** Up to three years, less any term of imprisonment. See 18 U.S.C. § 3583(b)(2). |
| **Defendant's Attorney:** | N/A |
| **Primary Investigative Agency and Case Agent Name:** | ATF – Justin Blais |
| **Detention Status:** | Seeking detention |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Andrew McCormack |
| **Guidelines apply?   Y/N** | Yes |

| | |
|---|---|
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |