AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| United States of America ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:21-mj-00036-JCN |
| ) | |
| DAVID PHILLIPS ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: February 11, 2021

/s/David Phillips
*Defendant's signature*

/s/Luke Rioux
*Signature of defendant's attorney*

Luke Rioux, Esq.
_____
*Printed name of defendant's attorney*