UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. DAVID PHILLIPS

DOCKET NO: 1:21-mj-00036-JCN

PROCEEDING TYPE: DETENTION HEARING

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | A | | docket record for Connecticut case K10K-CR20-0368568-S | 2/17/21 | 2/17/21 | | 2/1/21 |
| | B | | docket record for Connecticut case K10K-MV20-0743001-S | 2/17/21 | 2/17/21 | | 2/17/21 |
| | C | | docket record for Connecticut case K10K-CR20-0368566-S | 2/17/21 | 2/17/21 | | 2/17/21 |
| | D | | docket record for Connecticut case M09M-CR19-0238699-S | 2/17/21 | 2/17/21 | | 2/17/21 |
| | | | | 2/17/21 | 2/17/21 | | 2/17/21 |