UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Magistrate No. 1:21-mj-00036-JCN |
| DAVID PHILLIPS | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO INDICT

NOW COMES the United States of America, by and through Acting United States Attorney Donald E. Clark, and Assistant United States Attorney Andrew McCormack, and hereby requests that the Court enter an Order extending to May 31, 2021 the date by which the government must indict the defendant. *See* 18 U.S.C. § 3161(h)(7)(A). In support of this motion, the parties represent the following:

1.      Defendant David Phillips was arrested on February 10, 2021 and charged with having violated Section 922(g)(1) and 924(a)(2), Title 18 of the United States Code. The Defendant appeared before Magistrate Judge John C. Nivison on February 11, 2021. He was detained on that date. The Court's most recent Order dated March 5, 2021 excluded time from March 12, 2021 to April 30, 2021. The parties are requesting another extension of the indictment deadline to May 31, 2021.

2.      The United States is required to present this matter to the grand jury for an indictment on or before April 30, 2021. As a result of the grand jury's schedule in Bangor, the case would have to be presented for indictment next week.

3.      Counsel for the defendant and counsel for the government have engaged in preliminary discussions about the case against Mr. Phillips and the likely charge that may be pursued by the

government. The government has or will be providing the defendant's attorney with some early discovery material for his review. It is possible that review of the discovery and ongoing conversations between the parties will lead to a resolution of the case against the defendant by Information and will not require indictment.

4. Attorney Rioux advises that his client has authorized him to seek the extension requested and that the defendant waives his rights under the Speedy Trial Act for the period of the requested exclusion.

5. The charge pending against David Phillips is a felony offense. If this Court grants an extension of the deadline for indictment, ongoing discussions may yield a just and potentially more prompt disposition of the case against the Defendant. The parties submit that for these reasons the ends of justice are served by a short extension of the Speedy Trial Act deadline for indictment and that the reasons for granting this extension outweigh any interest in a more speedy trial.

**WHEREFORE**, the parties respectfully request that the Court enter an Order extending the deadline to file an indictment to May 31, 2021 and excluding the period of time between April 30, 2021 and May 31, 2021, from calculation under the provisions of the Speedy Trial Act.

Dated:  April 6, 2021                                         Respectfully submitted,

                                                              DONALD E. CLARK
                                                              Acting United States Attorney

                                                              **BY:  /s/   ANDREW McCORMACK**

                                                              ANDREW McCORMACK
                                                              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2021, I electronically filed Unopposed Motion for Extension of Time to Indict with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Luke Rioux, Esq., at luke@rdcplawyers.com

    Donald E. Clark
    Acting United States Attorney

    BY:  /s/  Andrew McCormack
    Andrew McCormack
    Assistant United States Attorney
    U.S. Attorney's Office
    202 Harlow Street, Room 111
    Bangor, Maine   04401
    Tel:   207/945-0373
    andrew.mccormack@usdoj.gov