UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 1:21-mj-36-JCN |
| | ) |
| DAVID PHILLIPS | ) |

**DEFENDANT'S MOTION TO REOPEN DETENTION HEARING**

Counsel for David Phillips now asks the court to reopen the detention hearing in light of new information that was unknown to the defense at the time of the prior hearing.

1. The charges in this case relate to conduct alleged to have occurred near Greenbush Maine where Mr. Phillips resided for a period of time.

2. After the alleged conduct but before this case was initiated, Mr. Phillips returned to his home in Connecticut. A warrant for Mr. Phillips' arrest was issued 2/09/21. David learned of the arrest warrant and traveled from Connecticut to Maine to voluntarily surrender on the warrant on 2/10/21.

3. Since the last detention hearing, defense counsel has learned that Mr. Phillips contacted the Bangor Police Department on 2/4/21 before leaving the state of Maine and before any criminal charges were filed against him.

4. On that date, he reported to police, among other things, his own involvement in the purchase of ammunition which forms the basis for these charges. He also reported that there was other contraband at his Greenbush residence which police could come and collect from him.

5. Mr. Phillips waited at the Greenbush location expecting police to arrive and follow up on his call. Nothing happened and he eventually returned to Connecticut before returning to Maine to turn himself in on the warrant.

6. Additional information regarding changes in circumstances since the previous detention hearing will be presented at the reopened hearing if this court grants our request.

7. Assistant US Attorney Andrew McCormack has been consulted and does not object to reopening the detention hearing.

We ask that this Court grant the motion and reset the case for a further detention hearing.

4/14/21

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, Luke Rioux, Esq., hereby certify that on April 14, 2021 I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to all parties.

/s/ Luke Rioux
Luke S. Rioux (Bar #9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com