UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-mj-36-JCN |
| ) | |
| DAVID PHILLIPS ) | |

**DEFENDANT'S WITHDRAWAL OF MOTION TO REOPEN DETENTION HEARING**

The defense now withdraws the motion to reopen detention hearing docketed as ECF document #26.

4/28/21

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, Luke Rioux, Esq., hereby certify that on April 28, 2021 I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to all parties.

/s/ Luke Rioux
Luke S. Rioux (Bar #9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com